IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR No.:  3:11-2063-JFA |
| ) | |
| v.                                            ) | ORDER |
| ) | |
| RONDEAL WOODS                 ) | |
| ) | |
| _____ ) | |

      The defendant, through counsel, has moved for an order setting a reasonable bond in this case.  In essence, the motion/appeal challenges the Magistrate Judge's determination regarding the defendant's bond.  When the motion was filed, the court required the defendant's attorney to provide the court with a copy of the transcript of the bond hearing before the Magistrate Judge.

      The court has carefully reviewed the proceedings before the Magistrate Judge and the arguments made to this court as to why the Magistrate Judge's determination should be altered.  The court is of the opinion that the reasons advanced before this court for a modification of bond were all put before the Magistrate Judge at the earlier bond hearing. Accordingly, the court finds no basis for disturbing the Magistrate Judge's decision, and the appeal of that decision (ECF No. 379) is therefore denied.

      IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

January 5, 2012                               Joseph F. Anderson, Jr.
Columbia, South Carolina               United States District Judge